# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q. *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>　　　Defendants. | )<br>)<br>) No.  1:25-cv-00791<br>)<br>) ***Document Electronically Filed***<br>)<br>) **MOTION FOR JARED**<br>) **LEVINE'S ADMISSION *PRO***<br>) ***HAC VICE***<br>)<br>) |

　　　Pursuant to Local Rule 83.2(d), Amanda Shafer Berman of Crowell & Moring LLP respectfully moves for admission and appearance of Jared Levine *pro hac vice* in the above-captioned matter as an additional counsel of record for Plaintiffs E.Q.[1], Amica Center for Immigrant Rights, Florence Immigrant and Refugee Rights Project, and Refugee and Immigrant Center for Education and Legal Services. As set forth in the accompanying declaration ("Exhibit A"), Jared Levine is admitted, practicing, and a member in good standing of the bar of the State of New York and New Jersey. This motion is supported and signed by Amanda Shafer Berman, an active and sponsoring member of the Bar of this Court. A proposed order is attached.

Dated: March 18, 2025

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Amanda Shafer Berman*
　　　　　　　　　　　　　　　　　　　　　　Amanda Shafer Berman
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 497860
　　　　　　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　　　(202) 624-2500
　　　　　　　　　　　　　　　　　　　　　　ABerman@crowell.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

---

[1] An unopposed motion for this Plaintiff to proceed under pseudonym was concurrently filed with the complaint in this action.

1