# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q. *et al.*,  <br>   Plaintiffs,  <br>v.  <br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,  <br>   Defendants. | No. 1:25-cv-00791  <br>***Document Electronically Filed***  <br>**[PROPOSED] ORDER** |

At the District of Columbia this ___ day of March 2025, having considered the Motion for Admission *pro hac vice* of Jared Levine (ECF No. __) and the Declaration of Jared Levine submitted in support of the Motion;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and that Jared Levine be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

Dated: _____      _____
                                United States District Judge

2