# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q. *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et. al,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00791 |

**PLAINTIFF E.Q.'S <u>EMERGENCY</u> MOTION FOR RENEWED BRIEFING SCHEDULE ON EMERGENCY MOTION FOR STAY OF REMOVAL**

Shortly after Plaintiffs filed the Complaint in this case, they sought an emergency stay of removal for Plaintiff E.Q., who was at risk of imminent removal to Afghanistan—where he is likely to be persecuted, tortured, or even killed. After Plaintiffs filed their motion for a stay, Defendants determined that they would provide E.Q. with a new credible fear interview. Defendants stated that they would not remove E.Q. earlier than "one week after the later of his credible fear determination or completion of any immigration judge review." Dkt. 18, at 1. On March 28, 2025, the Court stayed the briefing schedule on the stay motion pending the new credible fear interview. Dkt. 19.

Defendants conducted a new credible fear interview on April 16, 2025. On May 1, 2025, Defendants issued a negative credible fear determination to E.Q. On May 9, 2025, at around 2:40 p.m. Eastern Daylight Time (EDT), an immigration judge affirmed the negative credible fear determination. Absent this Court's intervention, E.Q. could now be removed from the United States to a country where he faces persecution as soon as the afternoon of May 16, 2025.

Plaintiffs now request that the Court enter a briefing schedule for a renewed motion for an emergency stay of removal. Because the new credible fear determination relies on a ground that Defendants previously did not contest, Plaintiffs ask for a schedule that permits them to re-file a new brief in support of the motion to address that changed circumstance.

Plaintiffs respectfully ask the Court to enter the following schedule:

- Monday, May 12, 2025, at 5:00 p.m. EDT: Plaintiffs file a renewed motion for stay of removal;
- Wednesday, May 14, 2025, at 5:00 pm EDT: Defendants file their opposition; and
- Thursday, May 15, 2025, at 5:00 pm EDT: Plaintiffs file their reply.

Plaintiffs recognize that this Court's earlier order instructs the parties to file a joint status report. Plaintiffs' counsel reached out to Defendants' counsel immediately after the affirmance by

the immigration judge this afternoon, and the parties corresponded about this topic and a briefing schedule. But Defendants have not yet determined whether they are willing to stay E.Q.'s removal for longer than one week or whether they concur or oppose the schedule above. In light of the exigency of the situation, Plaintiffs are filing this motion to alert the Court of the credible fear result and to seek a briefing schedule that would permit the Court to make a decision in one week. Plaintiffs will coordinate with Defendants to file a joint status report as soon as possible.

## CONCLUSION

For the reasons above, the Court should enter a briefing schedule on a renewed stay of removal for Plaintiff E.Q. under which Plaintiffs file their motion by 5 p.m. EDT on May 12, 2025; Defendants file their opposition by 5 p.m. EDT on May 14, 2025; and Plaintiffs file their reply by 5 p.m. EDT on May 15, 2025.

Dated: May 9, 2025

Respectfully Submitted,

*/s/ Jared A. Levine*
Jared A. Levine (admitted *pro hac*)
Joachim Steinberg*
CROWELL & MORING LLP
375 9th Ave, 44th Floor
New York, NY 10001
(212) 223-4000
JLevine@crowell.com
JSteinberg@crowell.com

Judy He (admitted *pro hac*)
Jeremy Iloulian*
Jung Shin (admitted pro hac)
CROWELL & MORING LLP
455 N Cityfront Plaza Dr #3600,
Chicago, IL 60611
(312) 321-4200
JHe@crowell.com
JIloulian@crowell.com
JShin@crowell.com

Keren Zwick (D.D.C. Bar. No. IL0055)
Colleen Cowgill*
Fizza Davwa*
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 660-1370
kzwick@immigrantjustice.org
ccowgill@immigrantjustice.org
fdavwa@immigrantjustice.org

Melissa Crow (D.C. Bar. No. 453487)
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, NW, Suite 200
Washington, D.C. 20005
(202) 355-4471
crowmelissa@uclawsf.edu

Anne Peterson
Center for Gender & Refugee Studies
200 McAllister Street

San Francisco, California 94102
T: 415.610.5729
petersonanne@uclawsf.edu

Robert Pauw
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

Richard Caldarone (D.C. Bar No. 989575)
REFUGEE & IMMIGRANT CENTER FOR
EDUCATION AND LEGAL SERVICES
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

Peter Alfredson (D.C. Bar No. 1780258)
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave. NW, Suite 701
Washington, DC 20036
(202) 899-1415
peter@amicacenter.org

Anwen Hughes*
Human Rights First
75 Broad St., 31st Fl.
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Certificate of pro bono representation or pro hac vice forthcoming