**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| E.Q. *et al*.,<br><br>       Plaintiffs,<br><br>       v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et. al,<br><br>       Defendants. | Case No.:  1:25-cv-00791 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Emergency Motion for Renewed Briefing Schedule on Emergency Stay of Removal and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiffs will file a renewed motion for stay of removal no later than 5 p.m. EDT on Monday, May 12, 2025; Defendants will file any opposition to the motion by 5 p.m. EDT on Wednesday, May 14, 2025; and Plaintiffs will file any reply in support of the motion no later than 5 p.m. EDT on Thursday, May 15, 2025.

SO ORDERED.

Dated: _____

                                                   _____
                                                   Hon. Christopher R. Cooper
                                                   United States District Judge