UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| E.Q., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00791 |

**JOINT MOTION AMENDING DEADLINES REGARDING PLAINTIFFS' RENEWED EMERGENCY STAY MOTION AND STAYING ALL OTHER DEADLINES PENDING THE RESOLUTION OF PLAINTIFFS' MOTION**

The parties jointly move the Court to amend the deadlines regarding Plaintiffs' Renewed Emergency Motion to Stay Removal, ECF No. 21, and to stay all other deadlines pending the resolution Plaintiffs' renewed motion. Following this Court's adjudication of Plaintiffs' renewed motion for a stay of removal, the parties will meet and confer within two (2) days and file a joint motion to reset the deadlines, in which they will propose a briefing schedule. As described in more detail below, there is good cause for this request. The grounds for this motion are as follows.

Plaintiffs filed this suit on March 17, 2025. ECF No. 1. Plaintiffs allege that the Department of Homeland Security's ("DHS") Mandatory Bars Rule and the accompanying EOIR Companion Rule violate the Immigration and Nationality Act ("INA") and are arbitrary and capricious. Compl. at ¶¶ 1–8. In short, Plaintiffs ask that this Court vacate the Mandatory Bars Rule and the EOIR Companion Rule, and issue a declaratory judgment holding that the rules are contrary to law and arbitrary and capricious. *Id*. at Prayer for Relief. Defendants' current deadline to respond to Plaintiffs' Complaint is May 16, 2025.

On March 19, 2025, Plaintiffs filed an Emergency Motion to Stay Removal with Supporting Points and Authorities, ECF No. 8. After a scheduling conference on that same day, the Court ordered the Defendants to file their response to Plaintiffs' Emergency Motion to Stay by March 26, 2025. On March 26, 2025, Defendants filed an Unopposed Motion for a 1-Day Extension of Time to File a Response to Plaintiffs' Emergency Motion for a Stay, ECF No.14. On March 26, 2025, the Court granted Defendants' Unopposed Motion, and set a deadline of March 27, 2025, for Defendants to respond.

On March 27, 2025, the parties filed a Joint Stipulation to Hold Briefing in Abeyance, ECF No. 18. In the Joint Stipulation, the parties noted that Defendants "are reconsidering Plaintiff E.Q.'s credible fear determination and will conduct a followup credible fear interview no sooner than the week of April 14, 2025." As such, the parties agreed that Plaintiff E.Q.'s Emergency Motion to Stay Removal, ECF No. 8, should be held in abeyance to await a subsequent credible fear determination. ECF No. 18.

On March 28, 2025, the Court stayed the briefing schedule and ordered the parties to submit a joint status report after they met and conferred after the entry of a new credible fear determination for Plaintiff E.Q. Minute Order (March 28, 2025).

On April 14, 2025, the United States Citizenship and Immigration Services ("USCIS") Asylum Division conducted a credible fear interview for Plaintiff E.Q. On April 30, 2025, USCIS Asylum Division served a negative determination on E.Q., and E.Q. requested review of the negative determination by an Immigration Judge, which occurred on May 9, 2025.

On May 9, 2025, Plaintiffs filed an Emergency Motion for Renewed Briefing Schedule on Emergency Motion for Stay of Removal, ECF No. 21. On that same day, the Court granted Plaintiffs' Motion for Briefing Schedule. Minute Order (May 9, 2025). Under the current briefing schedule

entered by this Court, Plaintiffs' renewed motion for a stay of removal is due May 12, 2025; Defendants' response is due May 14, 2025; and Plaintiffs' reply is due May 15, 2025. *Id*.

On May 12, 2025, Defendants informed Plaintiffs that they agreed to stay Plaintiff E.Q.'s removal to no earlier than Friday, May 23, 2025. Therefore, the parties propose to amend the briefing schedule as follows:

- Plaintiffs file a renewed motion for a stay of removal by May 13, 2025;
- Defendants file their opposition by May 16, 2025; and
- Plaintiffs file their reply by May 20, 2025.

On May 12, 2025, the parties also conferred via email and agreed to stay Defendants' deadline for responding to the Plaintiffs' Complaint pending the outcome of the Plaintiffs' renewed motion for a stay of removal.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiffs to file their renewed motion for a stay of removal, up to and including May 13, 2025; for Defendants to file their opposition to Plaintiffs' renewed motion for a stay of removal by May 16, 2025; and for Plaintiffs to file their reply by May 20, 2025.

The parties additionally request that this Court enter an order staying the deadlines for the Defendants' response to Plaintiffs' Complaint and Plaintiff's reply until the resolution of Plaintiffs' renewed motion for a stay of removal. After the adjudication of Plaintiffs' renewed motion for a stay of removal is complete, the parties agree to meet and confer within two (2) days and to file a joint motion to reset the deadlines with the Court, in which they will propose a briefing schedule.

A proposed order accompanies this Motion.

DATE:  May 12, 2025                                     Respectfully submitted,

| | |
|---|---|
| /s/ Jared A. Levine (w/ permission) | YAAKOV M. ROTH |
| Jared A. Levine (admitted *pro hac*) | Acting Assistant Attorney General |
| Joachim Steinberg* | |
| CROWELL & MORING LLP | ANTHONY P. NICASTRO |
| 375 9th Ave, 44th Floor | Acting Director |
| New York, NY 10001 | |
| (212) 223-4000 | /s/ Cara E. Alsterberg |
| JLevine@crowell.com | CARA E. ALSTERBERG |
| JSteinberg@crowell.com | Senior Litigation Counsel |
| | U.S. Department of Justice, Civil Division |
| Keren Zwick (D.D.C. Bar. No. IL0055) | Office of Immigration Litigation |
| Colleen Cowgill* | General Litigation & Appeals Section |
| Fizza Davwa* | P.O. Box 878, Ben Franklin Station |
| NATIONAL IMMIGRANT JUSTICE CENTER | Washington, DC 20044 |
| 111 W. Jackson Blvd., Suite 800 | Tel: (202) 532-4667 |
| Chicago, IL 60604 | Email: Cara.E.Alsterberg@usdoj.gov |
| (312) 660-1370 | |
| kzwick@immigrantjustice.org | TARYN L. ARBEITER |
| ccowgill@immigrantjustice.org | SHELBY WADE |
| fdavwa@immigrantjustice.org | Trial Attorneys |
| | |
| Judy He (admitted pro hac) | *Counsel for Defendants* |
| Jeremy Iloulian* | |
| Jung Shin (admitted pro hac) | |
| CROWELL & MORING LLP | |
| 455 N Cityfront Plaza Dr #3600 | |
| Chicago, IL 60611 | |
| (312) 321-4200 | |
| JHe@crowell.com | |
| JIloulian@crowell.com | |
| JShin@crowell.com | |
| | |
| Melissa Crow (D.C. Bar. No. 453487) | |
| CENTER FOR GENDER & REFUGEE STUDIES | |
| 1121 14th Street, NW, Suite 200 | |
| Washington, D.C. 20005 | |
| (202) 355-4471 | |
| crowmelissa@uclawsf.edu | |

Anne Peterson
Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, California 94102
T: 415.610.5729
petersonanne@uclawsf.edu

Robert Pauw
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

Richard Caldarone (D.C. Bar No. 989575)
REFUGEE & IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES
P.O. Box 786100
San Antonio, TX 78278
(210) 960-3206
richard.caldarone@raicestexas.org

Peter Alfredson (D.C. Bar No. 1780258)
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave. NW, Suite 701
Washington, DC 20036
(202) 899-1415
peter@amicacenter.org

Anwen Hughes*
Human Rights First
75 Broad St., 31st Fl.
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Certificate of pro bono representation or pro hac vice forthcoming

*Counsel for Plaintiffs*