## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. Department of Homeland ) <br> Security, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-00791 |

I, Casey L. Martinez, declare as follows:

    I am employed as Associate General Counsel within the Office of General Counsel at the Department of Justice, Executive Office for Immigration Review ("EOIR"). I certify that the record of E.Q.'s May 9, 2025 Credible Fear Review proceeding is currently being compiled by EOIR, and EOIR anticipates completing its certification of this record and proving it to the Office of Immigration litigation so that it can submit it to the court by Monday, May 19, 2025.

    Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>May 16, 2025</u>        Signed:_____
                                            Casey L. Martinez
                                            Associate General Counsel
                                            Executive Office of Immigration Review