IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q. *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et. al,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00791 |

**JOINT MOTION TO CONTINUE HEARING TO JUNE 4, 2025**

　　The Parties jointly move this Court to reschedule the hearing set for May 22, 2025, to June 4, 2025. The parties make this motion in light of Defendants' representation that the earliest possible removal date for Plaintiff E.Q. has been extended from May 23, 2025 to June 6, 2025. In support of this request, the Parties further state the following:

　　1.　　Currently pending with this Court is Plaintiff E.Q.'s renewed emergency motion for a stay of removal.

　　2.　　Plaintiff E.Q. filed a second motion for a stay of removal on May 13, 2025 (Dkt. 23). Defendants opposed that motion on May 16, 2025 (Dkt. 25), and E.Q. filed his reply on May 20, 2025 (Dkt. 27).

　　3.　　Defendants had previously indicated that E.Q. would not be removed before May 23, 2025, and the above schedule was meant to ensure that the Court received full briefing on the issue in advance of E.Q.'s removal. The Court accordingly scheduled a hearing on this matter for tomorrow, May 22, 2025.

　　4.　　Today, May 21, 2025, Defendants informed Plaintiffs that they do not intend to

remove E.Q. before June 6, 2025.

5. Given this development, the parties met and conferred to assess if there was another date that might be feasible for a hearing that would give the Court more time to review the briefing, and that would allow counsel more time to prepare and travel to the hearing.

6. Based on counsel's respective schedules, the Parties are available for a hearing on June 4, 2025, in the morning, if the Court is amenable to hearing the case at that time.

May 21, 2025                                                         Respectfully Submitted,

/s/ Jared A. Levine
Jared A. Levine
Crowell & Moring LLP
375 9th Ave, 44th Floor
New York, NY 10001
Tel: (212) 223-4000
Email: JLevine@crowell.com


*/s/ Cara E. Alsterberg*
CARA E. ALSTERBERG
*Senior Litigation Counsel*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4667
Email: Cara.E.Alsterberg@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q. *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv-00791 |
| U.S. DEPARTMENT OF HOMELAND SECURITY et. al, | |
| Defendants. | |

**[PROPOSED] ORDER SETTING HEARING FOR JUNE 4, 2025**

Based on Defendants' representations that E.Q.'s removal will not occur before June 6, 2025, the Court GRANTS the parties joint motion to reschedule the hearing currently set for May 22, 2025.

The parties are hereby ORDERED to appear in person for a hearing on Plaintiffs' Motion to Stay Removal on June 4, 2025, at [TIME] in Courtroom 27A before Judge Christopher R. Cooper.

DATE: May 21, 2025                /s/
                                  Honorable Judge Christopher R. Cooper

1