UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-00791<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE REGARDING REMOVAL PLANS FOR E.Q.

On May 29, 2025, the parties appeared for a hearing before this Court on Plaintiff E.Q.'s Emergency Motion to Stay Removal. *See* ECF Nos. 23, 29, 32. Defendants hereby notify the Court that the Department of Homeland Security will not to remove E.Q. before June 16, 2025.

//

//

//

//

//

//

//

//

//

//

//

Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General*

ANTHONY NICASTRO
*Acting Director*

CHRISTINA P. GREER
CARA E. ALSTERBERG
*Senior Litigation Counsel*

<u>/s/ Taryn L. Arbeiter</u>
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-3123
Email: Taryn.L.Arbeiter@usdoj.gov

SHELBY WADE
*Trial Attorney*

*Counsel for Defendants*

Dated:  June 3, 2025