# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q., *et al.*,  Plaintiffs,  v.  U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,  Defendants. | Civil Action No. 1:25-cv-00791 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel is withdrawing her appearance on behalf of Defendants in this case because she is transferring to another office within the Department of Justice. Defendants will continue to be represented in this matter by other counsel of record.

Respectfully Submitted,

By: *Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation & Appeals Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20530
Phone: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov