UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| E.Q., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00791 |

**NOTICE REGARDING REMOVAL PLANS FOR E.Q.**

On June 3, 2025, the Defendants filed a Notice Regarding Removal Plans for E.Q. informing the Court that the Department of Homeland Security ("DHS") will not remove E.Q. before June 16, 2025. The Defendants now inform the Court that DHS will not remove E.Q. before June 30, 2025.

DATE: June 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
Civil Division

ANTHONY NICASTRO
*Acting Director*

CHRISTINA P. GREER
*Senior Litigation Counsel*

*/s/ Shelby Wade*
SHELBY WADE
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section

P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 285-8379
Email: Shelby.Wade2@usdoj.gov

CARA E. ALSTERBERG
*Senior Litigation Counsel*

TARYN L. ARBEITER
*Trial Attorney*

*Counsel for Defendants*