BRETT A. SHUMATE
*Assistant Attorney General*
YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*
ANTHONY P. NICASTRO
*Acting Director*
WILLIAM C. SILVIS
*Assistant Director*
CARA E. ALSTERBERG
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4667
Email: Cara.E.Alsterberg@usdoj.gov
TARYN L. ARBEITER
SHELBY WADE
*Trial Attorneys*

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| E.Q., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00791 |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through undersigned counsel, respectfully move to dismiss Plaintiffs' Complaint, ECF 1, for lack of subject matter jurisdiction, *see* Fed. R. Civ. P. 12(b)(1), and for failure to state a claim, *see* Fed. R. Civ. P. 12(b)(6).

This motion is based on the attached memorandum of points and authorities, the records in this case, and upon such arguments as this Court may allow at a hearing. Pursuant to Local Rule 7(n), Defendants simultaneously submit the certified list of contents of the U.S. Department of Homeland Security's and the Executive Office of Immigration Review's administrative records.

Dated: July 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

YAAKOV M. ROTH
*Principal Deputy Assistant Attorney General*

ANTHONY P. NICASTRO
*Acting Director*

WILLIAM C. SILVIS
*Assistant Director*

*/s/ Cara E. Alsterberg*
CARA E. ALSTERBERG
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4667
Email: Cara.E.Alsterberg@usdoj.gov

TARYN L. ARBEITER
SHELBY WADE
*Trial Attorneys*

*Counsel for Defendants*