# CERTIFICATION OF ADMINISTRATIVE RECORD

My name is Rená Cutlip-Mason. I am the Chief of the Humanitarian Affairs Division at the Office of Policy & Strategy within U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Homeland Security (DHS). I was in this position in December 2024, when DHS published the final rule *Application of Certain Mandatory Bars in Fear Screenings*, 89 Fed. Reg. 103,370 (Dec. 18, 2024) (the "Rule") in the Federal Register.

I certify that, to the best of my knowledge, information, and belief, the documents listed in the attached index are contained in the administrative record. I further certify that, to the best of my knowledge, information, and belief, the documents listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered directly or indirectly, in developing the Rule.

Executed this 10th day of July, 2025 in Camp Springs, MD.

RENA E CUTLIP-MASON
Digitally signed by RENA E CUTLIP-MASON
Date: 2025.07.10 12:13:34 -04'00'

Rená Cutlip-Mason,
Chief, Humanitarian Affairs Division
Office of Policy & Strategy
U.S. Citizenship and Immigration Services.

RULEMAKING ADMINISTRATIVE RECORD INDEX
Application of Certain Manadory Bars in Fear Screening
RIN 1615-AC19, CIS No. 2776-24, DHS DOCKET NO. USCIS-2024-0006

| Bates # | Category |
|---|---|
| | **Main Rulemaking Documents** |
| | **Final Rule** |
| 1 | Application of Certain Mandatory Bars in Fear Screenings (Final Rule), 89 FR 103370 (December 18, 2024) |
| | **Proposed Rule** |
| 46 | Application of Certain Mandatory Bars in Fear Screenings (Proposed Rule), 89 FR 41347 (May 13, 2024) |
| | **Other Federal Register Documents** |
| 61 | Asylum Eligibility and Procedural Modifications, 84 FR 33829 (July 16, 2019) |
| 78 | Asylum Procedures, 65 FR 76121 (Dec. 6, 2000) |
| 96 | Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers IFR, 87 FR 18078 (Mar. 29, 2022) |
| 245 | Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers NPRM, 86 FR 46906 (Aug. 20, 2021) |
| 290 | Circumvention of Lawful Pathways Final Rule, 88 FR 31314 (May 16, 2023) |
| 429 | Circumvention of Lawful Pathways NPRM, 88 FR 11704 (Feb. 23, 2023) |
| 478 | Executive Order 12866, Regulatory Planning and Review, 58 FR 51735 (Oct. 4, 1993) |
| 488 | Executive Order 13563, Improving Regulation and Regulatory Review, 76 FR 3821 (Jan. 21, 2011) |
| 491 | Executive Order 14010, Creating a Comprehensive Regional Framework To Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border, 86 FR 8267 (Feb. 5, 2021) |
| 496 | Executive Order 14012, Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans, 86 FR 8277 (Feb. 5, 2021) |
| 500 | Exercise of Time-Limited Authority To Increase the Numerical Limitation for FY 2024 for the H-2B Temporary Nonagricultural Worker Program, 88 FR 80394 (Nov. 17, 2023) |
| 567 | In the Matter of the Designation of Revolutionary Armed Forces of Colombia-People's Army (and Other Aliases) as a Foreign Terrorist Organization, 86 FR 68294 (Dec. 1, 2021) |
| 568 | Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review NPRM, 85 FR 36264 (June 15, 2020) |
| 611 | Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, 85 FR 80274 (Dec. 11, 2020) |
| 739 | Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers, 87 FR 18078 (Mar. 29, 2022) |

**RULEMAKING ADMINISTRATIVE RECORD INDEX**
Application of Certain Mandatory Bars in Fear Screening
RIN 1615-AC19, CIS No. 2776-24, DHS DOCKET NO. USCIS-2024-0006

| | |
|---|---|
| 888 | Proclamation 10773, Securing the Border, 89 FR 48487 (June 7, 2024) |
| 895 | Proclamation 10817, Amending Proclamation 10773, 89 FR 80351 (Oct. 2, 2024) |
| 898 | Regulations Concerning the Convention Against Torture, 64 FR 8478 (Feb. 19, 1999) |
| 917 | Regulations Concerning the Convention Against Torture, Correction to Interim Rule, 64 FR 13881 (Mar. 23, 1999) |
| 918 | Securing the Border IFR, 89 FR 48710 (June 7, 2024) |
| 981 | Securing the Border, 89 FR 81156 (Oct. 7, 2024) |
| 1111 | Security Bars and Processing, 85 FR 84160 (Dec. 23, 2020) |
| 1152 | Security Bars and Processing; Delay of Effective Date, 86 FR 15069 (Mar. 22, 2021) |
| 1156 | Security Bars and Processing; Delay of Effective Date, 86 FR 73615 (Dec. 28, 2021) |
| 1160 | Security Bars and Processing; Delay of Effective Date, 86 FR 6847 (Jan. 25, 2021) |
| 1162 | Security Bars and Processing; Delay of Effective Date, 87 FR 79789 (Dec. 28, 2021) |
| | **Other DHS & INS Sources** |
| 1168 | CBP, DHS, CBP One Mobile Application (modified June 28, 2024) |
| 1187 | CBP, DHS, STAT Division, U.S. Customs and Border Protection (CBP) Enforcement Encounters—Southwest Border (SBO), Office of Field Operations (OFO) Daily Average (internal data report, retrieved Apr. 13, 2023) |
| 1188 | DHS, Delegation to the Bureau of Citizenship and Immigration Services, No. 0150.1 (June 5, 2003) |
| 1194 | DHS, DHS Equity Action Plan (last updated May 17, 2024) |
| 1197 | DHS, DHS Record of Environmental Consideration (REC) for Categorically Excluded Actions under NEPA (Aug 27, 2024) |
| 1215 | DHS, DHS Record of Environmental Consideration (REC) for Categorically Excluded Actions under NEPA (May 2, 2024) |
| 1219 | DHS, Implementing the National Environmental Policy Act (last visited July 25, 2024) |
| 1220 | DHS, Instruction Manual 023-01-001-01, Revision 01, Implementation of NEPA (Nov. 6, 2014) |
| 1312 | DHS, Safeguarding Sensitive But Unclassified (For Official Use Only) Information, (Jan. 6, 2005) |
| 1325 | DHS, Statement from Secretary Mayorkas on the Recognition of DHS Advancement on Partnership for Public Service List of 'Best Places to Work') (May 20, 2024) |
| 1327 | ICE, DHS, ICE announces new process for placing family units in expedited removal (May 10, 2023) |
| 1330 | ICE, DHS, ICE Detention Data, FY 2024 (April 25, 2024) |
| 1358 | ICE, DHS, Office of the Principal Legal Advisor, ICE (last visited Feb. 9, 2024) |
| 1364 | L. 19970701 Perryman, Brian R., INS Office of Field Operations, Security and Privacy Provisions for Credible Fear Interviews |
| 1368 | M.A. v. Mayorkas, Declaration of Blas Nunez Neto (Oct. 27, 2023), No. 1-23-cv-01843-TSC |
| 1390 | Memorandum from Acting Asylum Division Chief Ashley Caudill-Mirillo to Asylum Division Staff, Language Access in Credible Fear Screenings (July 6, 2022) |
| 1394 | Memorandum from Alejandro Mayorkas, Sec'y of Homeland Sec., Guidelines for Enforcement of Civil Immigration Law |

Case 1:25-cv-00791-CRC   Document 42-2   Filed 07/14/25   Page 4 of 7

RULEMAKING ADMINISTRATIVE RECORD INDEX
Application of Certain Manadory Bars in Fear Screening
RIN 1615-AC19, CIS No. 2776-24, DHS DOCKET NO. USCIS-2024-0006

|      |                                                                                                                                                                                                                                 |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | (Sept. 30, 2021)                                                                                                                                                                                                                |
| 1404 | Memorandum from Ted Kim, Assoc. Dir., Refugee, Asylum, and Int'l Operations Directorate, U.S. Citizenship and Immigration Services, Asylum Division Training, Staffing, Capacity, and Credible Fear Procedures (Sept. 26, 2024) |
| 1413 | Memorandum from Ur Jaddou, Director, U.S. Citizenship and Immigration Services, Secretarial Waiver for Disclosure of Asylum and Refugee Related Information in Connection with Unwarranted or Persecutory INTERPOL Notices (Nov. 16, 2022) |
| 1417 | OHSS, DHS, 2022 Yearbook of Immigration Statistics (Nov. 2023)                                                                                                                                                                  |
| 1547 | OHSS, DHS, OHSS analysis of ICE-ERO WRD dashboard as of Feb. 3, 2024                                                                                                                                                            |
| 1548 | OHSS, DHS, OHSS analysis of Median EOIR Processing Times by Custody Status February 2023 - March 2024 (April 22, 2024)                                                                                                          |
| 1553 | OHSS, DHS, OHSS Immigration Enforcement and Legal Processes Monthly Tables (Apr 5, 2024)                                                                                                                                        |
| 1636 | Perryman, Brian R. INS Office of Field Operations, Security and Privacy Provisions for Credible Fear Interviews Under Expedited Removal, Memorandum to Regional Directors, District Directors, Assistant District Directors for Detention and Deportation and Asylum Office Directors (Jul. 1, 1997) |
| 1639 | USCIS, Asylum Application Processing; Fiscal Year 2023 Report to Congress (Nov. 1, 2023)                                                                                                                                        |
| 1663 | USCIS, Credible Fear Procedures Manual (May 10, 2023)                                                                                                                                                                           |
| 1718 | USCIS, Credible Fear Screenings (last reviewed/updated Aug. 7, 2023)                                                                                                                                                            |
| 1720 | USCIS, Family Reunification Parole Processes (last visited Aug. 23, 2024)                                                                                                                                                       |
| 1723 | USCIS, Language Access Plan (Dec. 2019)                                                                                                                                                                                         |
| 1737 | USCIS, Processes for Cubans, Haitians, Nicaraguans, and Venezuelans (last visited Sept. 25, 2024)                                                                                                                               |
| 1741 | USCIS, Questions and Answers, Credible Fear Screening (last reviewed/updated Sept. 9, 2023)                                                                                                                                     |
| 1745 | USCIS, Questions and Answers, Reasonable Fear Screenings (last reviewed/updated June 18, 2013)                                                                                                                                  |
| 1748 | USCIS, RAIO Directorate, Training Module—Core Values and Guiding Principles for RAIO Employees (Apr. 24, 2024)                                                                                                                  |
| 1774 | USCIS, RAIO Directorate—Officer Training: Credible Fear of Persecution and Torture Determinations (May 9, 2024)                                                                                                                 |
| 1812 | USCIS, RAIO Directorate—Officer Training: Cross-Cultural Communication and Other Factors That May Impede Communication at an Interview (Apr. 24, 2024)                                                                          |
| 1833 | USCIS, RAIO Directorate—Officer Training: Definition of Persecution and Eligibility Based on Past Persecution (Apr. 24, 2024)                                                                                                   |
| 1892 | USCIS, RAIO Directorate—Officer Training: Detecting Possible Victims of Trafficking (Apr. 24, 2024)                                                                                                                             |
| 1954 | USCIS, RAIO Directorate—Officer Training: Evidence (Apr. 24, 2024)                                                                                                                                                              |
| 1995 | USCIS, RAIO Directorate—Officer Training: Gender-Related Claims (Apr. 24, 2024)                                                                                                                                                 |
| 2046 | USCIS, RAIO Directorate—Officer Training: Guidance for Adjudicating Lesbian, Gay, Bisexual, Transgender, and Intersex (LGBTI) Refugee and Asylum Claims (Apr. 24, 2024)                                                         |

Case 1:25-cv-00791-CRC   Document 42-2   Filed 07/14/25   Page 5 of 7

RULEMAKING ADMINISTRATIVE RECORD INDEX
Application of Certain Manadory Bars in Fear Screening
RIN 1615-AC19, CIS No. 2776-24, DHS DOCKET NO. USCIS-2024-0006

| | |
|---|---|
| 2113 | USCIS, RAIO Directorate—Officer Training: Interviewing Survivors of Torture and Other Severe Trauma (Apr. 24, 2024) |
| 2150 | USCIS, RAIO Directorate—Officer Training: Interviewing— Working With an Interpreter (Apr. 24, 2024) |
| 2200 | USCIS, RAIO Directorate—Officer Training: Interviewing—Eliciting Testimony (Apr. 24, 2024) |
| 2257 | USCIS, RAIO Directorate—Officer Training: Interviewing—Introduction to the Non-Adversarial Interview Training Module (Apr. 24, 2024) |
| 2304 | USCIS, RAIO Directorate—Officer Training: Mandatory Bars (May 9, 2013) |
| 2341 | USCIS, RAIO Directorate—Officer Training: Nexus and the Protected Grounds (April 24, 2024) |
| 2401 | USCIS, RAIO Directorate—Officer Training: Note-Taking (Apr. 24, 2024) |
| 2440 | USCIS, RAIO Directorate—Officer Training: Reading and Using Case Law (Apr. 24, 2024) |
| 2479 | USCIS, RAIO Directorate—Officer Training: Reasonable Fear of Persecution and Torture Determinations (Feb. 13, 2017) |
| 2530 | USCIS, RAIO Directorate—Officer Training: Sources of Authority Training Module (Apr. 4, 2024) |
| 2561 | USCIS, RAIO Directorate—Officer Training: Well-Founded Fear Training Module (Apr. 24, 2024) |
| 2605 | USCIS, RAIO Directorate—Officer Training, Credible Fear of Persecution and Torture Determinations (Feb. 20, 2023) |
| 2642 | USCIS, RAIO Directorate—Training Module: Decision Making (Apr. 4, 2024) |
| 2681 | USCIS, Reasonable Fear Procedures Manual (last revised 2007) |
| 2722 | USCIS, Reasonable Fear Screenings (last reviewed/updated Mar. 16, 2011) |
| 2733 | USCIS, Semi-Monthly Credible Fear and Reasonable Fear Receipts and Decisions (last visited June 17, 2024) |
| 2725 | USCIS, Talking Points, Asylum National Engagement, Mar. 6, 2024 |
| 2730 | USCIS, Terrorism-Related Inadmissibility Grounds – Group-Based Exemptions (last reviewed/updated Nov. 19, 2019) |
| 2738 | USCIS, Terrorism-Related Inadmissibility Grounds – Situational Exemptions (last updated May 16, 2023) |
| 2740 | USCIS, Uniting for Ukraine  (last visited Sept. 25, 2024) |
| 2743 | USCIS, USCIS Policy Manual, Vol. 1, Part A, Ch.9, Section (D)(1), Feedback, Complaints, Misconduct, and Discrimination (current as of Dec. 12, 2024) |
| | **Other U.S. Gov't Sources** |
| 2749 | 1951 Convention Relating to the Status of Refugees, July 28, 1951, 19 U.S.T. 6259, 189 U.N.T.S. 150 |
| 2763 | 1967 Protocol Relating to the Status of Refugees, Jan. 31, 1967, 19 U.S.T. 6223, 606 U.N.T.S. 268 |
| 2814 | BLS, Historical Consumer Price Index for All Urban Consumers (CPI-U) U.S. city average, all items, by month, (last visited Jan. 17, 2024) |
| 2819 | Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, December 10, 1984, S. Treaty Doc. No. 100–20, 1465 U.N.T.S. 85 |

Case 1:25-cv-00791-CRC   Document 42-2   Filed 07/14/25   Page 6 of 7

RULEMAKING ADMINISTRATIVE RECORD INDEX
Application of Certain Manadory Bars in Fear Screening
RIN 1615-AC19, CIS No. 2776-24, DHS DOCKET NO. USCIS-2024-0006

| | |
|---|---|
| 2939 | EOIR, DOJ, Current Operating Environment EOIR Strategic Plan (Dec. 12, 2024) |
| 2942 | EOIR, DOJ, Immigration Judge (IJ) Hiring (July 2024) |
| 2943 | EOIR, DOJ, Pending Cases, New Cases, and Total Completions (July 19, 2024) |
| 2944 | EOIR, DOJ, Pending Cases, New Cases, and Total Completions (Oct. 12, 2023) |
| 2945 | Memorandum on Presidential Determination on Refugee Admission for Fiscal Year 2024, Presidential Determination No. 2023-13 (Sept. 29, 2023) |
| 2947 | Memorandum on Presidential Determination on Refugee Admission for Fiscal Year 2025, Presidential Determination No. 2024-13 (Sept. 30, 2024) |
| 2549 | NSC, U.S. Strategy for Addressing the Root Causes of Migration in Central America at 4 (July 2021) |
| 2969 | OIRA, OMB, Executive Order Submissions Under Review (Dec. 10, 2024) (last accessed Dec. 10, 2024) |
| 2970 | OIRA, OMB, Frequently Asked Questions, What is OIRA's Role in the Rulemaking Process (last reviewed Sept. 26, 2024) |
| 2972 | OIRA, OMB, OIRA Conclusion of EO 12866 Regulatory Review, Rin 1615-AC91, (last reviewed Sept. 26, 2024) |
| 2974 | OIRA, OMB, Unified Agenda, Asylum Eligibility and Public Health (Spring 2024) (last accessed Dec. 10, 2024) |
| 2973 | OMB, Circular A-4 (Nov. 9, 2023) |
| 3067 | The White House, Fact Sheet Biden-Harris Administration on World Refugee Day Celebrates a Rebuilt U.S. Refugee Admissions Program (June 20, 2024) |
| 3073 | The White House, Fact Sheet Update on the U.S. Strategy for Addressing the Root Causes of Migration in Central America (March 2024) |
| 3080 | U.S. Dep't of State, Safe Mobility Initiative (last visited Aug. 23, 2024) |
| | **Other Secondary Sources** |
| 3090 | UNHCR, Guidelines on International Protection, Application of the Exclusion Clauses: Article 1F of the 1951 Convention relating of the Status of Refugees (Sep. 4, 2003) |
| | **Raw Data Files** |
| 3097 | USCIS Refugee, Asylum, and International Operations Directorate (RAIO), Global (queried Apr. 25, 2024). |
| 3099 | USCIS Refugee, Asylum, and International Operations Directorate (RAIO), Global (queried Feb. 10, 2024). |
| 3101 | USCIS Refugee, Asylum, and International Operations Directorate (RAIO), Global (queried July 31, 2024, Sept. 9, 2024). |
| 3105 | Public Comments In Response to Proposed Rule in e-Docket USCIS-2024-0005 |
| // // // | |

RULEMAKING ADMINISTRATIVE RECORD INDEX
Application of Certain Manadory Bars in Fear Screening
RIN 1615-AC19, CIS No. 2776-24, DHS DOCKET NO. USCIS-2024-0006

| Acronyms Used in AR Index | |
|---|---|
| BLS | U.S. Bureau of Labor Statistics |
| CBP | U.S. Customs and Border Protection |
| DHS | U.S. Department of Homeland Security |
| DOJ | U.S. Department of Justice |
| DOL | U.S. Department of Labor |
| E.O. | Executive Order |
| EOIR | Executive Office for Immigration Review |
| GAO | Government Accountability Office |
| HHS | Dep't of Health and Human Services |
| HUD | Housing and Urban Development |
| ICE | U.S. Immigration and Customs Enforcement |
| OIG | Office of Inspector General |
| OIRA | Office of Information and Regulatory Affairs |
| OMB | Office of Management and Budget |
| OPM | Office of Personnel Management |
| RAIO | Refugee Affairs and International Operations Directorate |
| SBA | Small Business Administration |
| TREAS | U.S. Dep't of the Treasury |
| UNHCR | United Nations High Commisioner for Refugees |
| USCB | U.S. Census Bureau |
| USCIS | U.S. Citizenship and Immigration Services |