# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| E.Q., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-00791 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| Defendants. | ) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is Stephanie Gorman. I am employed with the U.S. Department of Justice ("DOJ"), as the Acting Assistant Director, Office of Policy, in the Executive Office for Immigration Review ("EOIR"). I am responsible for the management and supervision of the Office of Policy. I was appointed to this position in February 2025, after the Department of Justice issued the interim final rule, "Clarification Regarding Bars to Eligibility During Credible Fear and Reasonable Fear Review," 89 Fed. Reg. 105392 (Dec. 27, 2024). I have held the position of Acting Assistant Director since the date of my appointment.

I am the custodian of the signed interim final rule at DOJ and of a copy of the administrative record for the rule for DOJ. I certify that, to the best of my knowledge, information, and belief, the attached index was developed by the personnel who developed the final rule and contains all nonprivileged documents considered by DOJ, and that these documents constitute the administrative record the agency considered in issuing the rule.

Executed this 14th day of July, 2025, in Orlando, Florida.

STEPHANIE GORMAN
Digitally signed by STEPHANIE GORMAN
Date: 2025.07.14 11:09:59 -04'00'

Stephanie E. Gorman
Acting Assistant Director

# ADMINISTRATIVE RECORD

# CERTIFIED INDEX TO ADMINISTRATIVE RECORD

**DOCUMENT**                                                                                                                                **PAGE**

Clarification Regarding Bars to Eligibility During Credible Fear and Reasonable Fear Review, 89 Fed. Reg. 105392 (Dec. 27, 2024) (to be codified at 8 C.F.R. pts. 1003, 1208).. AB33 000001

*INS v. Aguirre-Aguirre*, 526 U.S. 415 (1999) ....................................................... AB33 000013

*Al-Fara v. Gonzales*, 404 F.3d 733 (3d Cir. 2005) ................................................ AB33 000024

*Am. Fed'n of Lab. & Cong. of Indus. Orgs. v. NLRB*, 57 F.4th 1023 (D.C. Cir. 2023) ......... AB33 000036

*INS v. Bagamasbad*, 429 U.S. 24 (1976) ................................................................ AB33 000075

*INS v. Cardoza-Fonseca*, 480 U.S. 421 (1987) ....................................................... AB33 000077

*Elec. Priv. Info. Ctr. v. DHS*, 653 F.3d 1 (D.C. Cir. 2011) ...................................... AB33 000103

*James V. Hurson Assocs., Inc. v. Glickman*, 229 F.3d 277 (D.C. Cir. 2000) ........... AB33 000114

*JEM Broad. Co. v. FCC*, 22 F.3d 320 (D.C. Cir. 1994) ......................................... AB33 000122

*U.S. Dep't of Lab. v. Kast Metals Corp.*, 744 F.2d 1145 (5th Cir. 1984) ................. AB33 000132

*Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 591 U.S. 657 (2020). AB33 000144

*M.A. v. Mayorkas*, No. CV 23-1843 (JEB), 2023 WL 5321924 (D.D.C. July 6, 2023) ......... AB33 000190

*Marin Audubon Soc'y v. FAA*, 121 F.4th 902 (D.C. Cir. 2024) ............................... AB33 000194

*Mendoza v. Perez*, 754 F.3d 1002 (D.C. Cir. 2014) ............................................... AB33 000210

*Neighborhood TV Co. v. FCC*, 742 F.2d 629 (D.C. Cir. 1984) ............................... AB33 000234

*Omnipoint Corp. v. FCC*, 78 F.3d 620 (D.C. Cir. 1996) ........................................ AB33 000250

*Pangea Legal Servs. v. DHS*, 512 F. Supp. 3d 966 (N.D. Cal. 2021) ...................... AB33 000264

*Pub. Citizen v. Dep't of State*, 276 F.3d 634 (D.C. Cir. 2002) ................................ AB33 000276

*INS v. Stevic*, 467 U.S. 407 (1984) ......................................................................... AB33 000288

*Texas v. United States*, 809 F.3d 134 (5th Cir. 2015), *as revised* (Nov. 25, 2015)... AB33 000301

2 U.S.C. § 1532 .................................................................................................... AB33 000399

5 U.S.C. § 553 ...................................................................................................... AB33 000400

5 U.S.C. § 601 ...................................................................................................... AB33 000402

5 U.S.C. § 603 ...................................................................................................... AB33 000449

5 U.S.C. § 604 ...................................................................................................... AB33 000451

5 U.S.C. § 801 ...................................................................................................... AB33 000453

6 U.S.C. § 279 ...................................................................................................... AB33 000457

6 U.S.C. § 521 ...................................................................................................... AB33 000460

8 U.S.C. § 1103 .................................................................................................... AB33 000461

8 U.S.C. § 1158 .................................................................................................... AB33 000475

8 U.S.C. § 1182 (1994) ........................................................................................ AB33 000480

8 U.S.C. § 1182 (2023) ........................................................................................ AB33 000503

8 U.S.C. § 1225 .................................................................................................... AB33 000557

8 U.S.C. § 1227 .................................................................................................... AB33 000561

8 U.S.C. § 1228 .................................................................................................... AB33 000571

8 U.S.C. § 1231 (2015) ........................................................................................ AB33 000576

8 U.S.C. § 1231 (2023) ........................................................................................ AB33 000584

42 U.S.C. § 4321 .................................................................................................. AB33 000592

42 U.S.C. § 4336 .................................................................................................. AB33 000637

44 U.S.C. § 3501 .................................................................................................. AB33 000638

5 C.F.R. § 1320 .................................................................................................... AB33 000654

8 C.F.R. § 208.16 ................................................................................................. AB33 000676

8 C.F.R. § 208.30 ................................................................................................AB33 000681

8 C.F.R. § 208.31 ................................................................................................AB33 000690

8 C.F.R. § 208.33 ................................................................................................AB33 000693

8 C.F.R. § 235.3 ..................................................................................................AB33 000696

8 C.F.R. § 1001.1 ................................................................................................AB33 000701

8 C.F.R. § 1003.42 ..............................................................................................AB33 000704

8 C.F.R. § 1208.16 ..............................................................................................AB33 000707

8 C.F.R. § 1208.17 ..............................................................................................AB33 000712

8 C.F.R. § 1208.18 ..............................................................................................AB33 000715

8 C.F.R. § 1208.30 ..............................................................................................AB33 000719

8 C.F.R. § 1208.31 ..............................................................................................AB33 000722

8 C.F.R. § 1208.33 ..............................................................................................AB33 000725

8 C.F.R. § 1208.35 ..............................................................................................AB33 000728

8 C.F.R. § 1239.2 ................................................................................................AB33 000731

40 C.F.R. § 1500 .................................................................................................AB33 000733

40 C.F.R. § 1501.4 ..............................................................................................AB33 000737

40 C.F.R. § 1501 .................................................................................................AB33 000740

40 C.F.R. § 1502 .................................................................................................AB33 000752

40 C.F.R. § 1503 .................................................................................................AB33 000761

40 C.F.R. § 1504 .................................................................................................AB33 000763

40 C.F.R. § 1505 .................................................................................................AB33 000766

40 C.F.R. § 1506 .................................................................................................AB33 000768

40 C.F.R. § 1507.3 ..............................................................................................AB33 000775

40 C.F.R. § 1507 ..................................................................................................AB33 000778

40 C.F.R. § 1508 ..................................................................................................AB33 000782

Omnibus Consolidated and Emergency Supplemental Appropriations Act, 1999, Pub. L. No. 105–277..............................................................................................................AB33 000787

Homeland Security Act of 2002, Pub. L. 107–296 ...............................................AB33 001707

Omnibus Consolidated Appropriations Act, 1997, Pub. L. 104–208 .....................AB33 001894

Paperwork Reduction Act of 1995, Pub. L. 104–13..............................................AB33 002644

Refugee Act of 1980, Pub. L. 96–212...................................................................AB33 002667

Regulations Concerning the Convention Against Torture, 64 Fed. Reg. 8478 (Feb. 19, 1999) (to be codified at 8 C.F.R. pts. 3, 103, 208, 235, 238, 240, 241, 253, 507)....................AB33 002680

Regulations Concerning the Convention Against Torture, 64 Fed. Reg. 13881 (Mar. 23, 1999) (to be codified at 8 C.F.R. pts. 3, 103, 208, 235, 238, 240, 241, 253, 507)....................AB33 002699

Aliens and Nationality; Homeland Security; Reorganization of Regulations, 68 Fed. Reg. 9824 (Feb. 28, 2003) (to be codified at 8 C.F.R. pts. 1, 3, 101, 103, 204, 205, 207, 208, 209, 211, 212, 214, 215, 216, 235, 236, 238, 239, 240, 241, 244, 245, 246, 249, 270, 274a, 280, 287, 292, 337, 507, 1001, 1003, 1101, 1103, 1204, 1205, 1207, 1208, 1209, 1211, 1212, 1214, 1215, 1216, 1235, 1236, 1238, 1239, 1240, 1241, 1244, 1245, 1246, 1249, 1270, 1274a, 1280, 1287, 1292, 1299, 1337; 28 C.F.R. pt. 200)................................................................................AB33 002700

Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals, 70 Fed. Reg. 4743 (Jan. 31, 2005) (to be codified at 8 C.F.R. pts. 1003, 1208)...........................................................................................................AB33 002723

Inflation Adjustment for Civil Monetary Penalties Under Sections 274A, 274B, and 274C of the Immigration and Nationality Act, 73 Fed. Reg. 10130 (Feb. 26, 2008) (to be codified at 8 C.F.R. pts. 270, 274a, 280, 1274a; 28 C.F.R. pt. 68).......................................................AB33 002735

Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, 85 Fed. Reg. 36264 (June 15, 2020) (to be codified at 8 C.F.R. pts. 208, 235, 1003, 1208, 1235)...........................................................................................................AB33 002743

Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, 85 Fed. Reg. 80274 (Dec. 11, 2020) (to be codified at 8 C.F.R. pts. 208, 235, 1003, 1208, 1235)...........................................................................................................AB33 002786

Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers, 87 Fed. Reg. 18078 (Mar. 29, 2022) (to be codified at 8 C.F.R. pts. 208, 212, 235, 1003, 1208, 1235, 1240) ............................ AB33 002914

Circumvention of Lawful Pathways, 88 Fed. Reg. 31314 (May 16, 2023) (to be codified at 8 C.F.R. pts. 208, 1003, 1208) ................................................................................ AB33 003063

Securing the Border, 89 Fed. Reg. 81156 (Oct. 7, 2024) (to be codified at 8 C.F.R. pts. 208, 235, 1208) ............................................................................................................... AB33 003202

Application of Certain Mandatory Bars in Fear Screenings, 89 Fed. Reg. 103370 (Dec. 18, 2024) (to be codified at 8 C.F.R. pt. 208) .......................................................................... AB33 003332

*Matter of A-S-M-*, 28 I&N Dec. 282 (BIA 2021) ........................................................ AB33 003377

EOIR, Immigration Court Practice Manual, § 7.4 (2025), https://www.justice.gov/eoir/reference-materials/ic/chapter-7/4 ...................................................................................... AB33 003383

33 C.F.R. § 2–3 (1993) .................................................................................................. AB33 003393

UNITED NATIONS HIGH COMM'R FOR REFUGEES, CONVENTION AND PROTOCOL RELATING TO THE STATUS OF REFUGEES (Feb. 2025), https://www.unhcr.org/sites/default/files/2025-02/1951-refugee-convention-1967-protocol.pdf ................................................................ AB33 003414

CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, *in* TREATIES AND INTERNATIONAL AGREEMENTS REGISTERED OR FILED AND RECORDED WITH THE SECRETARIAT OF THE UNITED NATIONS 85–209 (Secretariat of the United Nations trans., vol. 1465 1987) ............................................................................ AB33 003470

Memorandum from Amy B. Coyle, Principal Deputy General Counsel, Executive Office of the President Council on Environmental Quality, to Federal Agency Counsel, Guidance on *Marin Audubon Society v. FAA* (Dec. 9, 2024) ................................................................. AB33 003536

Exec. Order No. 12,988, 61 Fed. Reg. 4729 (Feb. 5, 1996) ......................................... AB33 003537

Exec. Order No. 13,132, 64 Fed. Reg. 43255 (Aug. 10, 1999) ..................................... AB33 003543

Exec. Order No. 13,175, 65 Fed. Reg. 67249 (Nov. 6, 2000) ....................................... AB33 003548

Exec. Order No. 13,563, 76 Fed. Reg. 3821 (Jan. 18, 2011) ........................................ AB33 003552

Exec. Order No. 14,094, 88 Fed. Reg. 21879 (Apr. 11, 2023) ..................................... AB33 003555