# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| E.Q., *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-00791<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Pending before the Court is Defendants' Motion to Dismiss. Upon consideration, Defendants' Motion is **GRANTED** for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(b)(1), and failure to state a claim, Fed. R. Civ. P. 12(b)(6). The case is hereby dismissed with prejudice.

**SO ORDERED.**

DATE: _____        _____
                                                                          THE HON. CHRISTOPHER R. COOPER
                                                                          UNITED STATES DISTRICT JUDGE