BRETT A. SHUMATE
*Assistant Attorney General*
ANTHONY P. NICASTRO
*Acting Director*
CARA E. ALSTERBERG
*Acting Assistant Director*
SHELBY WADE
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 285-8379
Email: Shelby.Wade2@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| E.Q., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:25-cv-00791 |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) SECURITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORDS

PLEASE TAKE NOTICE THAT pursuant to this Court's April 8, 2026 Order, ECF No. 49, as well as the joint status report filed by the Parties on April 14, 2026, ECF No. 52, Defendants, through undersigned counsel, produced certified copies of the Administrative Records for the challenged Rules. The Administrative Records were submitted to Plaintiffs through the Box application, and Plaintiffs confirmed receipt of the administrative records per email on April 17, 2026.

DATE:  April 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

ANTHONY NICASTRO
*Acting Director*

CARA ALSTERBERG
*Acting Assistant Director*

*/s/ Shelby Wade*
SHELBY WADE (NY Bar No. 5696067)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 285-8379
Email: Shelby.Wade2@usdoj.gov

*Counsel for Defendants*