**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| E.Q. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et. al*, <br><br> Defendants. | Case No.: 1:25-cv-00791 |

## <u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, Plaintiffs E.Q., Amica Center for Immigrant Rights, Florence Immigrant and Refugee Rights Project, and Refugee and Immigrant Center for Education and Legal Services respectfully move this Court for summary judgment. The grounds supporting this motion are contained in the concurrently filed supporting memorandum and the documents cited therein, which are hereby incorporated into this motion. Plaintiffs respectfully request that the Court grant its motion for summary judgment and grant the relief requested in their Complaint (Dkt. 1) and as set out in the Proposed Order attached to this motion.

Dated: June 18, 2026

Respectfully Submitted,

Jared A. Levine (admitted *pro hac*)
CROWELL & MORING LLP
375 9th Ave, 44th Floor
New York, NY 10001
(212) 223-4000
JLevine@crowell.com

*/s/ Richard Caldarone*
Keren Zwick (D.D.C. Bar. No. IL0055)
Richard Caldarone (D.C. Bar No. 989575)
Colleen Cowgill*
Fizza Davwa*
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604

1

Judy He (admitted *pro hac*)
Jung Shin (admitted pro hac)
CROWELL & MORING LLP
455 N Cityfront Plaza Dr #3600,
Chicago, IL 60611
(312) 321-4200
JHe@crowell.com

Robert Pauw
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

Peter Alfredson (D.C. Bar No. 1780258)
AMICA CENTER FOR IMMIGRANT RIGHTS
1025 Connecticut Ave. NW, Suite 701
Washington, DC 20036
(202) 899-1415
peter@amicacenter.org

(312) 660-1370
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
ccowgill@immigrantjustice.org
fdavwa@immigrantjustice.org

Melissa Crow (D.C. Bar. No. 453487)
CENTER FOR GENDER & REFUGEE STUDIES
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228

Washington, D.C. 20006
(202) 355-4471
crowmelissa@uclawsf.edu

Anne Peterson
Center for Gender & Refugee Studies
200 McAllister Street
San Francisco, California 94102
T: 415.610.5729
petersonanne@uclawsf.edu

Anwen Hughes*
Human Rights First
75 Broad St., 31st Fl.
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Certificate of pro bono representation or pro hac vice forthcoming*

2