**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| E.Q. *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.,*<br><br>      Defendants. | )<br>)<br>)  No.  1:25-cv-00791<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiffs' motion for summary judgment, the opposition thereto, and the record in this action,

It is ORDERED that Plaintiffs' motion for summary judgment is GRANTED.

It is further ORDERED that DHS, Application of Certain Mandatory Bars in Fear Screenings, 89 Fed. Reg. 103370 (Dec. 18, 2024), and EOIR, *Clarification Regarding Bars to Eligibility During Credible Fear and Reasonable Fear Review*, 89 Fed. Reg. 105392 (Dec. 27, 2024), are vacated and set aside as unlawful, arbitrary, and capricious.

It is further ORDERED that Plaintiff E.Q.'s expedited removal order is hereby rescinded.

Dated: _____          _____

                                                Hon. Christopher R. Cooper, USDJ